# Mark Harring

Standing Chapter 12 & 13 Trustee

| **Mail CORRESPONDENCE to:** | **Mail Chapter 13 PAYMENTS to :** |
|---|---|
| | Please write case # on all payments |
| 131 W Wilson St. Ste 1000 | Mark Harring Ch 13 Trustee |
| Madison, WI 53703-3260 | PO Box 88004 |
| Phone: (608) 256-4320 | Chicago, IL 60680-1004 |
| Fax:    (608) 256-2355 | |
| Website:  http://www.ch13wdw.org | Email:  info@ch13wdw.org |

August 21, 2015

Honorable Catherine J Furay
U.S. Bankruptcy Court Judge
500 South Barstow Street
Eau Claire, WI 54701

Re:    Brian G & Kandi L Lavicka
       Case #15-10014-13

Dear Judge Furay:

In the above case, the debtors are current with the plan payments through an employer wage order. This office is to pay the pre-petition mortgage arrears to WELLS FARGO BANK NA. A proof of claim was filed by WELLS FARGO BANK NA which included pre-petition mortgage arrears in the amount of $11,197.12. Our office is to pay these pre-petition arrears, however, we are first paying Attorney Buss' fees until he is paid in full.

Therfore, no payments have been made to WELLS FARGO BANK NA.


Sincerely,

/s/
Mark Harring
Standing Chapter 13 Trustee

MWH/cjj

cc:    ATTORNEY TODD C BUSS
       ATTORNEY JAY PITNER