**THIS ORDER IS SIGNED AND ENTERED.**

Dated: December 1, 2015

Hon. Catherine J. Furay
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Brian George Lavicka and Kandi Lyn Lavicka<br><br>Debtors. | Chapter: 13<br><br>Case No. 15-10014-cjf |

### ORDER GRANTING WELLS FARGO BANK, N.A.
### RELIEF FROM AUTOMATIC STAY

Upon the affidavit of Jay Pitner and,

It's appearing that the debtor(s) defaulted under the terms of the order dated September 18, 2015.

IT IS HEREBY ORDERED that said motion is in all respects granted including the movant's request for an award of its legal fees and costs in the amount of $200.00 and relief from the automatic stay is granted to Wells Fargo Bank, N.A., its successors and/or assignees with respect to the property located at 516 Elm St Athens, WI 54411-9761.

IT IS FURTHER ORDERED that claim no(s). 8 filed by or on behalf of the movant shall be deemed withdrawn and the trustee need not make any further disbursements thereon.   To the extent that

Drafted by:

Jay Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: jpitner@gray-law.com

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose.   If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

Rule 3002.1 applies to the movant and the property, it no longer applies. If the automatic stay is reimposed with respect to the movant in the future, the claim(s) of the movant and the applicability of Rule 3002.1 shall be then reinstated and the trustee shall resume disbursements upon the claim(s).

IT IS FURTHER ORDERED that this order shall be effective immediately upon its entry.

#####